IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO, and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE FUNDS and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions,<br><br>      Plaintiff,<br><br>      v.<br><br>THOMAS DIDIANO & SON, INC.,<br><br>      Defendant. | Civil Action No. 07-1318 |

### ORDER OF COURT

AND NOW, this 30th day of November, 2007 after consideration of Plaintiff's Motion to Discontinue, it is hereby ORDERED, ADJUDGED and DECREED that the above-referenced case is DISCONTINUED against Defendant, Thomas Didiano & Son, Inc.

_____
United States District Judge

LIT:430399-1